

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00774-CV

Kirk **GRONDA**,
Appellant

v.

Felipe **LERMA**,
Appellee

From the 153rd Judicial District Court, Tarrant County, Texas
Trial Court No. 153-250263-11
Honorable Susan Heygood McCoy, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  January 22, 2014

DISMISSED FOR WANT OF PROSECUTION

On November 21, 2013, we notified Appellant that the trial court clerk filed a notification of late clerk's record stating that the clerk's record has not been filed because (1) Appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record, and (2) Appellant is not entitled to appeal without paying the fee.  We ordered Appellant to provide written proof to this court on or before December 2, 2013, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) Appellant is entitled to appeal without

paying the clerk's fee. We warned Appellant that if he failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

To date, Appellant has not filed any response with this court. Therefore, we dismiss this appeal for want of prosecution. *See id.* R. 37.3(b), 42.3(c).

PER CURIAM